UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
NINGBO LANGYAN AGEL E-COMMERCE LTD.,       :
:
               Plaintiff,       :       25-CV-0058 (JAV)
:
    -v-       :       ORDER
:
THE CORPORATIONS, LIMITED LIABILITY        :
COMPANIES, PARTNERSHIPS AND       :
UNINCORPORATED ASSOCIATIONS IDENTIFIED     :
ON SCHEDULE "A",       X
              Defendants.
-------------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

    The Sealing Order, dated January 21, 2025 (ECF No. 13), was extended once on February 5, 2025, to expire on February 19, 2025.  *See* ECF No. 15.  In light of the outstanding issues regarding service on some of the Defendants, the documents shall now remain sealed until February 26, 2025.

    SO ORDERED.

Dated: February 19, 2025  
       New York, New York                           _____  
                                                             JEANNETTE A. VARGAS  
                                                             United States District Judge