## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

NINGBO LANGYAN AGEL E-
COMMERCE LTD.

        Plaintiff,

    v.

THE CORPORATIONS, LIMITED
LIABILITY COMPANIES,
PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A"

        Defendant.

Case No. 1:25-cv-00058-JAV

Hon. Jeannette A. Vargas

JURY TRIAL DEMANDED

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and in accordance with an Agreement reached between Plaintiff Ningbo Langyan Agel E-Commerce Ltd. ("Ningbo") and Defendant zhengzhoutouxiakejiyouxiangongsi dba touera ("touera"), Ningbo hereby dismisses all claims against touera with prejudice, and with each side bearing its own fees and costs.

Dated: November 20, 2025

The Clerk of Court is directed to not close this case.

SO ORDERED:

_Jeannette Vargas_
The Honorable Jeannette A. Vargas
United States District Judge
Dated: December 5, 2025

Respectfully submitted,

**EVIA LAW PLC**
/s/ Jessica Fleetham
Steven Susser (Reg. No. 2411619)
Jessica Fleetham (admitted *pro hac vice*)
32400 Telegraph Suite 103
Bingham Farms, MI 48025
248.243.1201
steven@evialaw.com
jessica@evialaw.com