**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NINGBO LANGYAN AGEL E-
COMMERCE LTD.

         Plaintiff,

    v.

THE CORPORATIONS, LIMITED
LIABILITY COMPANIES,
PARTNERSHIPS AND
UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A"

         Defendant.

Case No. 1:25-cv-00058-JAV

Hon. Jeannette A. Vargas

JURY TRIAL DEMANDED

Hon. Jeannette A. Vargas
United States Courthouse
500 Pearl Street, New York, NY 10007

      RE: *Plaintiff's Status Update*

Dear Judge Vargas:

      This letter serves as the status update requested by the Court in its Order of May 12, 2025 (Dkt. No. 45).

      There are three defendants remaining. The remaining defendants are summarized in the below chart.

1

| No. | Defendant's Name |
|---|---|
| 3 | ANHUI ERGOCOMFY HOME TECHNOLOGY CO.,LTD d/b/a BETTAHOME |
| 6 | luoyanglunfenjinchukoumaoyiyouxiangongsi d/b/a luoyanglunfen |
| 7 | lou di yuan fa ke ji you xian gong si d/b/a Realkant |

Service was attempted on Defendant No. 3 but was not successful. Plaintiff has located another address for Defendant No. 3 and is researching whether it is viable for service. If it is not, then Plaintiff may file a motion for alternative service of Defendant No. 3 by email.

Service was attempted on Defendant No. 6 but was not successful. Plaintiff has been unable to locate another address for Defendant No. 6 and will shortly be filing a motion for alternative service of Defendant No. 6 by email.

Defendant No. 7 was served on October 11, 2025 (ECF No. 100). Plaintiff has been in contact with counsel for Defendant No. 7 but the parties have been unable to come to a resolution, and Plaintiff is preparing a motion for default judgment.

Dated: October 15, 2025                    Respectfully submitted,

**EVIA LAW PLC**
/s/ Jessica Fleetham
Steven Susser (Reg. No. 2411619)
Jessica Fleetham (admitted *pro hac vice*)
32400 Telegraph Suite 103
Bingham Farms, MI 48025
248.243.1201
steven@evialaw.com
jessica@evialaw.com

2