**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NINGBO LANGYAN AGEL E-
COMMERCE LTD.

        Plaintiff,

    v.

THE CORPORATIONS, LIMITED
LIABILITY COMPANIES,
PARTNERSHIPS AND
UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A"

        Defendant.

Case No. 1:25-cv-00058-JAV

Hon. Jeannette A. Vargas

**CLERK'S CERTIFICATE OF DEFAULT**

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on **January 3, 2025** with the filing of a complaint. **An Amended Complaint was filed on January 16, 2026.** A copy of the summons and Amended Complaint was served on **Defendant luoyanglunfenjinchukoumaoyiyouxiangongsi d/b/a luoyanglunfen (Def. No. 6) by email at the email address** 13803955977@163.com pursuant to the Court's Memorandum Opinion and Order allowing for email service (Doc. # 111) *and proof of service was therefore filed on January 22, 2026, Doc. # 112*. I further certify that the docket entries indicate that

Defendant luoyanglunfenjinchukoumaoyiyouxiangongsi d/b/a luoyanglunfen (Def. No. 6)  has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant luoyanglunfenjinchukoumaoyiyouxiangongsi d/b/a luoyanglunfen (Def. No. 6) is hereby noted.

Dated: New York, New York

_____, 20____

                                   TAMMI M. HELLWIG
                                   Clerk of Court

                                   By: _____
                                   Deputy Clerk