**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NINGBO LANGYAN AGEL E-
COMMERCE LTD.

Case No. 1:25-cv-00058-JAV

       Plaintiff,

Hon. Jeannette A. Vargas

      v.

THE CORPORATIONS, LIMITED
LIABILITY COMPANIES,
PARTNERSHIPS AND
UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A"

      Defendant.

## CERTIFICATE OF SERVICE

I, Jessica Fleetham, certify that on February 23, 2026 I have mailed by

USPS Priority Mail a copy of:

1. Plaintiff's Proposed Clerk's Certificate of Default Against Defendant lou di yuan fa ke ji you xian gong si d/b/a Realkant (Defendant No. 7)

2. Declaration of Jessica Fleetham in Support of Request for Clerk's Certificate of Default Against Defendant lou di yuan fa ke ji you xian gong si d/b/a Realkant (Defendant No. 7)

3. Clerk's Certificate of Default as to Defendant lou di yuan fa ke ji you xian gong si d/b/a realkant (Defendant No. 7)

to Defendant lou di yuan fa ke ji you xian gong si d/b/a Realkant (Defendant No. 7)'s last known business address as follows:

永丰街道沿河北路(湄水湾文化综合楼)8楼05室娄底市 双峰县湖南省 417700
Room 05, 8th Floor, Yanhebei Road, Yongfeng Subdistrict (Meishuiwan Cultural
Complex Building) Loudi City Shuangfeng County Hunan Province 417700
The People's Republic of China

I have also emailed a copy of the foregoing documents to counsel for LOU DI
YUAN FA KE JI YOU XIAN GONG SI d/b/a Realkant (Defendant No. 7) Bonnie
Li at li@bonnielilaw.com on January 16, 2026.

Dated: February 23, 2026          Respectfully submitted,


/s/ Jessica Fleetham
Jessica Fleetham (admitted *pro hac vice*)
**EVIA LAW PLC**
231 S Old Woodward Suite 220
Birmingham, MI 48009
248.243.1201
jessica@evialaw.com