UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NINGBO LANGYAN AGEL E-COMMERCE LTD,

Plaintiff,

-v-

THE CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," ,

Defendant.

25-CV-00058 (JAV)

ORDER FOR RELEASE OF BOND

JEANNETTE A. VARGAS, United States District Judge:

Pursuant to the Court's Temporary Restraining Order, ECF No. 13, Plaintiff paid a bond to the Court in the amount of $25,000 on February 11, 2025. *See* Cashier's Office Remark dated February 12, 2025. The Court thereafter issued a Preliminary Injunction on February 26, 2025, requiring that Plaintiff's bond remain with the Court until final disposition of this case. ECF No. 19 at 6.

The last remaining defendant in this case has been dismissed. ECF No. 127. **IT IS HEREBY ORDERED** that Plaintiff's bond in the amount of $25,000 be returned from the Registry of the Court to Plaintiff's counsel's trust account in the name of Evia LawPLC – IOLTA, to be paid via electronic means.

SO ORDERED.

Dated: October 8, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge